No. 731. MINNESOTA MINING & MANUFACTURING Co. *v.* COE, COMMISSIONER OF PATENTS. April 17, 1939. Petition for writ of certiorari to the Court of Appeals for

the District of Columbia denied. *Messrs. Paul Carpenter, William H. Abbott,* and *Laurence B. Dodds* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *R. F. Whitehead* for respondent.